**Order entered July 9, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00027-CV

## LAZARUS IROH, ET AL., Appellants

### V.

## EMMANUEL IGWE, Appellee

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-11-07596-D**

## ORDER

The Court has before it appellants' and cross-appellees' July 5, 2013 unopposed motion for extension of time to file briefs. The Court **GRANTS** the motion and **ORDERS** that cross-appellees' brief and any reply brief by appellants be filed within ninety days of the date of this order.

/s/     ELIZABETH LANG-MIERS
         JUSTICE